**07 CIV   9687**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

THE ANDOVER COMPANIES EMPLOYEES
SAVINGS AND PROFIT SHARING PLAN
on behalf of itself and all others similarly situated,

          Plaintiff,

        v.

STATE STREET BANK AND
TRUST COMPANY,
STATE STREET GLOBAL
ADVISORS, INC. and JOHN DOES 1-20,

          Defendants.

------------------------------------------------------------x

RULE 7.1 STATEMENT

*[Filing stamp: OCT 31 2007, U.S.D.C. S.D.N.Y. CASHIERS, 07 Civ]*

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for The Andover Companies Employees Savings and Profit Sharing Plan, a retirement plan established for employees of The Andover Companies (a private non-governmental party) certifies that The Andover Companies is privately held, and no publicly held corporation owns 10% or more of its stock.

Dated: October 31, 2007

Respectfully submitted,

_____

**KELLER ROHRBACK LLP**
Lynn L. Sarko
Derek W. Loeser
Gretchen Freeman Cappio
Tyler L. Farmer
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Telephone: 206.623.1900
Facsimile: 206.623.3384

_____

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Gerald H. Silk (GS-4565)
Avi Josefson (AJ-3532)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 554-1400
Facsimile: (212) 554-1444

*Counsel to The Andover Companies Employees Savings and Profit Sharing Plan and Proposed Lead Counsel to the Class*