UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MERRIMACK MUTUAL FIRE INSURANCE CO.
and ALAN KOBER, TRUSTEE OF THE
THE ANDOVER COMPANIES EMPLOYEES
SAVINGS AND PROFIT SHARING PLAN
(the "Plan") on behalf of the Plan and all
other plans similarly situated,

                Plaintiffs,

       v.                                    Case No. 07 CIV 9687 (RJH)

STATE STREET BANK AND TRUST COMPANY,    NOTICE OF APPEARANCE
STATE STREET GLOBAL ADVISORS, INC., and
JOHN DOES 1-20,

                Defendants.

## NOTICE OF APPEARANCE OF JEROME C. KATZ

To the Clerk of the Court:

Please enter the appearance of Jerome C. Katz, Esq. of Ropes & Gray LLP, as counsel for the defendants State Street Bank and Trust Company and State Street Global Advisors, Inc., in the above-captioned matter.

                                                            Respectfully submitted,

January 3, 2008

                                                            /s/ Jerome C. Katz
                                                           Jerome C. Katz
                                                          ROPES & GRAY LLP
                                                           1211 Avenue of the Americas
                                                          New York, NY 10036-8704
                                                          jerome.katz@ropesgray.com
                                                          (212) 596-9000
                                                          jerome.katz@ropesgray.com

                                                          *Attorneys for Defendants State Street Bank*
                                                          *and Trust Company and State Street Global*
                                                          *Advisors, Inc.*

- 2 -

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as on the Notice of Electronic Filing (NEF).  At this time, I am not aware of any non-registered participants to whom paper copies must be sent.

        /s/ Jerome C. Katz\_\_\_\_\_
        Jerome C. Katz