UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
:
MERRIMACK MUTUAL FIRE INSURANCE :
CO. and ALAN KOBER, TRUSTEE OF THE :
ANDOVER COMPANIES EMPLOYEES :
SAVINGS AND PROFIT SHARING PLAN :
(the "Plan") on behalf of itself and all others :
similarly situated, :
:
:
           Plaintiffs, : 07 Civ. 9687 (RJH)
:
       v. :
:
STATE STREET BANK AND TRUST :
COMPANY, STATE STREET GLOBAL :
ADVISORS, INC. and JOHN DOES 1-20, :
:
          Defendants. :
:
---------------------------------------------------------X

**DEFENDANTS' DISCLOSURE PURSUANT TO**
**FED. R. CIV. P. 7.1(a)**

In accordance with Fed. R. Civ. P. 7.1(a), Defendants State Street Bank and Trust Company and State Street Global Advisors, Inc., by and through undersigned counsel, Ropes & Gray LLP, hereby disclose as follows:

1. Defendants State Street Bank and Trust Company ("SSBT") and State Street Global Advisors, Inc., ("SSgA, Inc.") identify the following parent company: State Street Corporation. State Street Global Advisors ("SSgA") is the investment management division of SSBT and not a separate corporate entity.

7280025_1.DOC

2.      State Street Corporation is a publicly held corporation that owns 10% or more of the stock in SSBT and SSgA, Inc.  No other publicly held corporation holds ten percent or more of the stock in SSBT or SSgA, Inc.

        Respectfully Submitted,

        ROPES & GRAY LLP

        By: /s/ Jerome C. Katz
        Jerome C. Katz
        1211 Avenue of the Americas
        New York, New York 10036-8704
        Jerome.Katz@ropesgray.com
        Tel: 212-596-9000
        Fax: 212-596-9090

        *Attorneys for Defendants*
        *State Street Bank and Trust Company and*
        *State Street Global Advisors, Inc.*

Dated: January 3, 2008

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as on the Notice of Electronic Filing (NEF).  At this time, I am not aware of any non-registered participants to whom paper copies must be sent.

        /s/ Jerome C. Katz
        Jerome C. Katz