

William C. Fredericks (WF-1576)
Jonathan Harris (JH-3047)
Jerald D. Bien-Willner
BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
1285 Avenue of the Americas
New York, New York 10019
Phone: (212) 554-1400
Fax: (212) 554-1444

Lynn L. Sarko (LS-3700)
Derek W. Loeser (DL-6712)
Karin B. Swope (KS-3369)
Tyler L. Farmer (TF-6398)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Phone: (206) 623-1900
Fax: (206) 623-3384

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE STATE STREET BANK AND TRUST CO. ERISA LITIGATION<br><br>This documents relates to<br><br>07-CV-9319<br>07-CV-9687 | 07 Civ. 8488 (RJH) |
|---|---|

### MOTION TO ADMIT LYNN LINCOLN SARKO *PRO HAC VICE*

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Jonathan A. Harris, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

Lynn Lincoln Sarko
Keller Rohrback, L.L.P.,
1201 Third Avenue
Seattle, Washington 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
E-mail: lsarko@kellerrohrback.com.

Lynn Lincoln Sarko is a member in good standing of the Bar of the State of Washington.

There are no pending disciplinary proceedings against Lynn Lincoln Sarko in any State or Federal Court.

Executed on January 10, 2008 in New York, New York

         **BERNSTEIN LITOWITZ BERGER**
         **& GROSSMANN LLP**

         _____
         Jonathan A. Harris (JH -3047)
         1285 Avenue of the Americas
         New York, New York 10019
         Telephone: (212) 554-1400
         Facsimile: (212) 554-1444

William C. Fredericks (WF-1576)
Jonathan Harris (JH-3047)
Jerald D. Bien-Willner
BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
1285 Avenue of the Americas
New York, New York 10019
Phone: (212) 554-1400
Fax: (212) 554-1444

Lynn L. Sarko (LS-3700)
Derek W. Loeser (DL-6712)
Karin B. Swope (KS-3369)
Tyler L. Farmer (TF-6398)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Phone: (206) 623-1900
Fax: (206) 623-3384

*Attorneys for Plaintiffs and the Class*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE STATE STREET BANK AND TRUST CO. ERISA LITIGATION<br><br>**This documents relates to**<br><br>07-CV-9319<br>07-CV-9687 | 07 Civ. 8488 (RJH)<br>Consolidated Actions |

**AFFIDAVIT OF JONATHAN A. HARRIS IN SUPPORT OF
MOTION TO ADMIT LYNN LINCOLN SARKO *PRO HAC VICE***

Jonathan A. Harris declares pursuant to 28 U.S.C. § 1746 as follows:

1.  I am Counsel to the firm of Bernstein Litowitz Berger & Grossmann LLP, co-counsel for Plaintiffs, on behalf of themselves and all others similarly situated, in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on



my knowledge of the facts set forth herein and in support of Plaintiffs' Motion to admit Lynn

2. I am a member in good standing of the bar of the state of New York, and was admitted to practice law on June 4, 1990. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Lynn Lincoln Sarko since late 2007, I am familiar with his practice.

4. Mr. Sarko is a partner at Keller Rohrback, L.L.P.

5. I have found Mr. Sarko to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure. See also the accompanying Affidavit of Lynn Lincoln Sarko to which a Certificate of Good Standing is attached as an exhibit.

6. Accordingly, I am pleased to move the admission of Lynn Lincoln Sarko, *pro hac vice*.

7. A proposed order granting the admission of Lynn Lincoln Sarko, *pro hac vice* is provided herewith for the Court's convenience.

WHEREFORE, it is respectfully requested that the Motion to admit Lynn Lincoln Sarko, *pro hac vice*, to represent Plaintiffs in the above captioned matter, be granted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 10, 2008 at New York, New York.

_____
Jonathan A. Harris (JH 3047)



TAMMELA C. DOSTON
NOTARY PUBLIC, State of New York
No. 01DO4939238
Qualified in Nassau County
Commission Expires July 26, 2010

William C. Fredericks (WF-1576)
Jonathan Harris (JH-3047)
Jerald D. Bien-Willner
BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
1285 Avenue of the Americas
New York, New York 10019
Phone: (212) 554-1400
Fax: (212) 554-1444

Lynn L. Sarko (LS-3700)
Derek W. Loeser (DL-6712)
Karin B. Swope (KS-3369)
Tyler L. Farmer (TF-6398)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Phone: (206) 623-1900
Fax: (206) 623-3384

*Attorneys for Plaintiff and the Class*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE STATE STREET BANK AND TRUST CO. ERISA LITIGATION**<br><br>**This documents relates to**<br><br>07-CV-9319<br>07-CV-9687 | 07 Civ. 8488 (RJH)<br>Consolidated Actions |

**[PROPOSED] ORDER FOR ADMISSION OF
LYNN LINCOLN SARKO *PRO HAC VICE* ON WRITTEN MOTION**

Upon the motion of Jonathan A. Harris, co-counsel for Plaintiffs in the above captioned cases, the Affidavit of Mr. Harris in support, and the Affidavit of Lynn Lincoln Sarko;

IT IS HEREBY ORDERED that Lynn Lincoln Sarko, Keller Rohrback, L.L.P., 1201 Third Avenue, Seattle, Washington 98101-3052, Telephone: (206) 623-1900, Facsimile: (206) 623-3384, E-mail: lsarko@kellerrohrback.com, is admitted to practice pro hac vice as counsel



for Plaintiffs in the above captioned cases in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

SO ORDERED.

_____
Richard J. Holwell, U.S.D.J.

January ___, 2008

Jonathan A. Harris
Avi Josefson
Gerald H. Silk
BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP
1285 Avenue of the Americas
New York, New York 10019
Phone: (212) 554-1400
Fax: (212) 554-1444

Lynn L. Sarko
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Phone: (206) 623-1900
Fax: (206) 623-3384

*Attorneys for Plaintiff and the Class*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE STATE STREET BANK AND TRUST CO. ERISA LITIGATION<br><br>This documents relates to<br><br>07-CV-9319<br>07-CV-9687 | 07 Civ. 8488 (RJH) |

**AFFIDAVIT OF LYNN LINCOLN SARKO IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

LYNN LINCOLN SARKO, an attorney duly admitted to practice in the Courts of this State of Washington, declares, pursuant to the Individual Rules and Procedures of this Court and Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, as follows:

1.  I am a partner with the law firm of Keller Rohrback L.L.P., Co-Counsel for Plaintiffs in the above-captioned matter with Jonathan A. Harris at the office of Bernstein Litowitz Berger & Grossmann LLP.

2.  I submit this Affidavit in support of Plaintiffs' Motion for my admission to practice *pro hac vice* in this matter to argue or try this particular case in whole or in part as counsel or advocate.

3.  As shown in the Certificate of Good Standing issued by the Supreme Court of the State of Washington and attached hereto as Exhibit 1, I am a member in good standing of the Bar of the State of Washington.

4.  There are no pending disciplinary proceedings against me in any State or Federal court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 9, 2008, at Seattle, Washington.

_____
LYNN LINCOLN SARKO

SUBSCRIBED AND SWORN TO before me this 9th day of January, 2008.



_____
Print Name: Mavis Bates
NOTARY PUBLIC in and for the State of Washington; residing at: _King Co._
My commission expires: _7/1/10_

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION<br><br>OF<br>LYNN LINCOLN SARKO<br><br>TO PRACTICE IN THE COURTS OF THIS STATE | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BAR NO.16569<br><br>**CERTIFICATE OF GOOD**<br><br>**STANDING** |

I, Ronald R. Carpenter, Clerk of the Supreme Court of the State of Washington, hereby certify

LYNN LINCOLN SARKO

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on November 12, 1986, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have
hereunto set my hand and affixed
the seal of said Court this 7th day of
January, 2008.

Ronald R. Carpenter
Supreme Court Clerk
Washington State Supreme Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE STATE STREET BANK AND TRUST CO. ERISA LITIGATION<br><br>This Document Relates to:<br><br>07 Civ. 9319<br>07 Civ. 9687 | 07 Civ. 8488 (RJH) |

## CERTIFICATE OF SERVICE

The undersigned, a member in good standing of the bar of this Court, certifies that on January 10, 2008, he caused copies of the foregoing Motion to Admit Lynn Lincoln Sarko *Pro Hac Vice* and a [Proposed] Order Granting Motion for Admission *Pro Hac Vice* along with supporting materials to be served via first class United States mail upon the following parties:

| | |
|---|---|
| ROPES & GRAY LLP<br>Harvey J. Wolkoff<br>Robert A. Skinner<br>Olivia S. Choe<br>One International Place<br>Boston Massachusetts 02110 | DEBEVOISE & PLIMPTON LLP<br>Edwin G. Schallert<br>Steve Klugman<br>919 Third Avenue<br>New York, NY 10022 |
| KELLER ROHRBACK LLP<br>Lynn L. Sarko<br>Derek W. Loeser<br>Karin B. Swope<br>Tyler L. Farmer<br>1201 Third Avenue, Suite 3200<br>Seattle, Washington 98101 | PAUL, HASTINGS, JANOFSKY & WALKER LLP<br>Barry Sher<br>James Worthington<br>Park Avenue Tower<br>75 East 55th First Floor<br>New York, NY 10022 |

Jonathan Harris