SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Oral Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

The Andover Cos. Employees
Savings & Profit Sharing Plan          Plaintiff,

                                                              7   cv   09687   (RJH)

- against -

State Street Bank and Trust, et. al.    Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON ORAL MOTION**

Upon the oral motion of __William C. Fredericks__ attorney for Plaintiffs and said sponsor attorney's affidavit declaration that applicant __Derek W. Loeser__ is a member in good standing of the bar(s) of the state(s) of __Washington__;

and that applicant's contact information is as follows (please print):

Applicant's Name: Derek W. Loeser
Firm Name: Keller Rohrback LLP
Address: 1201 Third Avenue, Suite 3200
City/State/Zip: Seattle WA 98101
Telephone/Fax: (206) 623-1900
Email Address: dloeser@kellerrohrback.com

said applicant having requested admission pro hac vice to appear for all purposes as counsel for Plaintiffs in the above entitled action;

**IT IS HEREBY ORDERED** that __Derek W. Loeser__, is admitted to practice pro hac vice as counsel for in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately register for an ECF password at nysd.uscourts.gov. Counsel shall immediately forward the pro hac vice fee to the Clerk of Court.

Dated: 1/4/2008
City, State: New York, NY

United States District/~~Magistrate~~ ~~Judge~~

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION<br><br>OF<br>DEREK WILLIAM LOESER<br><br>TO PRACTICE IN THE COURTS OF THIS STATE<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BAR NO. 24274<br><br>**CERTIFICATE OF GOOD**<br><br>**STANDING** |

I, Ronald R. Carpenter, Clerk of the Supreme Court of the State of Washington, hereby certify

DEREK WILLIAM LOESER

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on November 15, 1994, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 7th day of January, 2008.

Ronald R. Carpenter
Supreme Court Clerk
Washington State Supreme Court