UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
                            :

IN RE STATE STREET BANK AND TRUST  :
CO. ERISA LITIGATION                    :
                            :

This document relates to:             :      No. 07 Civ. 8488 (RJH)
07 Civ. 8488                       :
07 Civ. 9319                       :
07 Civ. 9687                       :
                            :

-----------------------------------------------------------X
                            :

NASHUA CORPORATION PENSION PLAN  :
COMMITTEE et al.,                  :
                            :

          Plaintiffs,      :
v.                            :      No. 08 Civ. 0265 (unassigned)
                            :

STATE STREET BANK AND TRUST    :
COMPANY, STATE STREET GLOBAL   :      **NOTICE OF MOTION**
ADVISORS, INC., AND JOHN DOES 1-20, :
                            :

          Defendants.     :
                            :

-----------------------------------------------------------X

Defendants State Street Bank and Trust Company and State Street Global Advisors, Inc.,

hereby move to transfer these proceedings to the United States District Court for the District of

Massachusetts pursuant to 28 U.S.C. § 1404.

In support of this Motion, the Defendants rely upon the Memorandum of Law and the

Declaration of Mark Duggan (with exhibits), which have been filed with this Notice of Motion.

Dated: New York, New York
       February 4, 2008

ROPES & GRAY LLP                          PAUL, HASTINGS, JANOFSKY
                                              & WALKER LLP

By: /s/ Jerome C. Katz
Jerome C. Katz                            By: /s/ Barry Sher
1211 Avenue of the Americas               Barry Sher
New York, New York, 10036-8704            Daniel B. Goldman
Tel: (212) 841-5700                       75 East 55th Street
jerome.katz@ropesgray.com                 New York, New York 10022-3205
                                          Phone:  (212) 318-6000
Harvey J. Wolkoff                         barrysher@paulhastings.com
Robert A. Skinner                         dangoldman@paulhastings.com
Olivia S. Choe
One International Place                   *Attorneys for Defendants State Street Bank*
Boston, MA  02110                         *and Trust Company and State Street Global*
Tel: (617) 951-7000                       *Advisors, Inc. in the Prudential Action*
harvey.wolkoff@ropesgray.com
robert.skinner@ropesgray.com
olivia.choe@ropesgray.com

*Attorneys for Defendants State Street Bank*
*and Trust Company and State Street Global*
*Advisors, Inc. in the Class Actions*

2

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be served on all counsel registered as filing users on ECF by electronic service pursuant to Fed. R. Civ. P. 5(b)(3).  I further certify that a true and correct copy of the foregoing document will be served on all counsel not registered as filing users by electronic mail.


/s/ Jerome C. Katz
Jerome C. Katz