UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
IN RE STATE STREET BANK AND TRUST  :
CO. ERISA LITIGATION  :
:
This document relates to:  :  07 Civ. 8488 (RJH)
:
07 Civ. 8488  :
07 Civ. 9319  :
07 Civ. 9687  :
:
------------------------------------------------------------X

**PROPOSED JOINT PRE-TRIAL SCHEDULING ORDER**

Pursuant to the January 4, 2008 scheduling conference held before the Court, counsel for all parties submit the following proposed scheduling order:

1. **Cutoff date for joinder of additional parties:**

    Thursday, July 3, 2008

2. **Cutoff date for amendments to pleadings:**

    Thursday, July 3, 2008

3. **Schedule for completing discovery:**

    a. **Rule 26(a)(1) disclosures, if not previously completed:**

    Friday, February 1, 2008

    b. **Fact discovery completion date:**

    Friday, September 12, 2008 for completion of document discovery

    Friday, January 2, 2009 for completion of fact depositions

    c. **Rule 26(a)(2) disclosures:**

    Friday, January 23, 2009

RECEIVED JAN 16 2008 CHAMBERS OF RICHARD J. HOLWELL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/08

    d.    **Expert discovery completion date:**

Friday, January 23, 2009 for delivery of initial expert reports

Friday, February 27, 2009 for delivery of any rebuttal reports

Friday, May 1, 2009 for completion of expert discovery, including depositions

    e.    **Date for filing dispositive motions**

Friday, June 5, 2009

    f.    **Date for filing a final pretrial order**

Friday, July 31, 2009

    g.    **Propose a trial scheduling, indicating:**

        i.    **Whether a jury trial is requested**

Plaintiffs do not request a jury trial at this time.

        ii.    **The probable length of trial**

3-4 weeks

        iii.    **When the case will be ready for trial**

Monday, August 17, 2009

4.    **Additional matters**

    a.    **Briefing schedule on State Street's Response to the Complaint in *Prudential* and its Motion to Transfer**

State Street's response to the Complaint in *Prudential* and its motion to transfer due Monday, February 4, 2008

Plaintiffs' opposition to any motions due Monday, March 10, 2008

State Street's reply in support of any motions due Monday, April 7, 2008

    b.    **Class certification**

    Class Plaintiffs shall submit a motion for class certification by July 31, 2008

5.    **Conference with the Court**

The parties will appear before the Court for a conference on *May 8, 2009, at 10:00 AM*.

Dated:    January 16, 2008

*6. Absent extraordinary circumstances, the parties should not anticipate that any requests for extension of time will be granted*

William C. Fredericks (WF-1576)
Jonathan Harris (JH-3047)
Jerald D. Bien-Willner
BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
1285 Avenue of the Americas
New York, New York 10019
Phone: (212) 554-1400
Fax: (212) 554-1444

Lynn L. Sarko (LS-3700)
Derek W. Loeser (DL-6712)
Karin B. Swope (KS-3369)
Tyler L. Farmer (TF-6398)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Phone: (206) 623-1900
Fax: (206) 623-3384

*Attorneys for the Class Action Plaintiffs*

Edwin G. Schallert
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022

*Attorneys for Plaintiff Prudential Retirement Insurance and Annuity Company*

Jerome C. Katz (JK-0850)
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York 10036-8704
Phone: (212) 596-9000
Fax: (212) 596-9090

Harvey J. Wolkoff
Robert A. Skinner
Olivia S. Choe
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110-2624
Phone: (617) 951-7000
Fax: (617) 951-7050

*Attorneys for Defendants State Street Bank and Trust Company and State Street Global Advisors, Inc. in the Class Actions*

Barry Sher (BS-4252)
Daniel B. Goldman (DG-4503)
PAUL, HASTINGS, JANOFSKY &
 WALKER LLP
75 East 55th Street
New York, New York 10022-3205
Phone: (212) 318-6000

*Attorneys for Defendants State Street Bank and Trust Company and State Street Global Advisors, Inc. in the Prudential Action*

SO ORDERED.

_____
Richard J. Holwell, U.S.D.J.

January 31, 2008