William C. Fredericks (WF-1576)
Jonathan Harris (JH-3047)
Jerald D. Bien-Willner
BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
1285 Avenue of the Americas
New York, New York 10019
Phone:  (212) 554-1400
Fax:  (212) 554-1444

Lynn L. Sarko (LS-3700)
Derek W. Loeser (DL-6712)
Karin B. Swope (KS-3369)
Tyler L. Farmer (TF-6398)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Phone:  (206) 623-1900
Fax:  (206) 623-3384

*Attorneys for Plaintiff and the Class*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE STATE STREET BANK AND TRUST CO.** **ERISA LITIGATION** <br><br> This documents relates to <br><br> **07-CV-9319** <br> **07-CV-9687** | **07 Civ. 8488 (RJH)** <br> **Consolidated Actions** |

**[PROPOSED] ORDER FOR ADMISSION OF**
**JERALD D. BIEN-WILLNER *PRO HAC VICE* ON WRITTEN MOTION**

    Upon the motion of Jonathan A. Harris, co-counsel for Plaintiffs in the above captioned

cases, and the Affidavit of Mr. Harris in support;

    IT IS HEREBY ORDERED that Jerald D. Bien-Willner, Bernstein, Litowitz, Berger and

Grossman LLP, 1285 Avenue of the Americas, New York, New York 10019, Telephone: (212)

554-1400, Facsimile: (212) 554-1444, E-mail: jerryb@blbglaw.com, is admitted to practice *pro*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08

*hac vice* as counsel for Plaintiffs in the above captioned cases in the United States District Court

for the Southern District of New York. All attorneys appearing before this Court are subject to

the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action

is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an

ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of

the Court.

SO ORDERED.

_____
Richard J. Holwell, U.S.D.J.


_____Feb. 19_____, ___, 2008